# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



150 Rowan St. Suite 110
Fayetteville, NC 28301
Phone: 910-354-2542
Fax: 910-500-4227

**DATE:** March 10, 2021

**FROM:** Van R. Freeman, Jr.
Deputy Chief U.S. Probation

**SUBJECT:** **JONES, Dexter Tirrell**
**Crim. No. 5:12-CR-255-1D**
<u>**Request for Early Termination**</u>

**TO:** The Honorable James C. Dever III
U.S. District Judge

On October 27, 2014, Dexter Tirrell Jones, was convicted of Conspiracy to Commit Mail Fraud, Wire Fraud, and Bank Fraud. Mr. Jones appeared in the United States District Court for the Eastern District of North Carolina and received 30 months of imprisonment, followed by 5 years of supervised release. He began supervision on February 17, 2017.

Mr. Jones has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since May 2017. Mr. Jones is gainfully employed and has had no new criminal charges. Mr. Jones has a restitution obligation and after submitting a financial affidavit to the Financial Litigation Unit for review, an agreement of garnishment in the amount of $300 per month was made. The Agreed Order in Garnishment was submitted for the court's review and approved on October 18, 2020. The order was filed on October 28, 2020. His term of supervision is set to expire on February 16, 2022.

The probation office is requesting early termination. The U.S. Attorney's Office disagrees with our recommendation for early termination based upon his outstanding monetary balance. They believe the ongoing term of supervision provides an incentive for him to remain compliant with his restitution obligations. Probation disagrees and notes the garnishment was done independent of supervision. Please indicate the court's preference by marking the appropriate selection below.

☐ I agree with the recommendation and have signed the enclosed Order.
☒ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_/s/ J. Dever_    4/19/21
James C. Dever III    Date
U.S. District Judge